

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: February 17, 2010**

_Smrh/Maenley_

**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

1

**T I F F A N Y  &  B O S C O**
**P.A.**

2

**2525 EAST CAMELBACK ROAD**

3

**SUITE 300**

**PHOENIX, ARIZONA 85016**

4

**TELEPHONE: (602) 255-6000**

5

**FACSIMILE: (602) 255-0192**

6

Mark S. Bosco
State Bar No. 010167

7

Leonard J. McDonald
State Bar No. 014228

8

Attorneys for Movant

9

10-00127

10

**IN THE UNITED STATES BANKRUPTCY COURT**

11

**FOR THE DISTRICT OF ARIZONA**

12

13

IN RE:

No. 2:09-BK-31376-SSC

14

Jose N. Borges and Kathleen E. Borges
        Debtors.

Chapter 7

15

ORDER

16

Wells Fargo Bank, N.A.
        Movant,

(Related to Docket #10)

17

vs.

18

Jose N. Borges and Kathleen E. Borges, Debtors,
Roger W. Brown, Trustee.

19

20

Respondents.

21

22

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24

and no objection having been received, and good cause appearing therefore,

25

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 24, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jose N. Borges and Kathleen E. Borges have an interest in, further described as:

A certain tract or parcel of land in Maricopa County, in the State of Arizona, described as follows:

Lot 48, TWIN LAKE UNIT 1, a subdivision recorded in Book 166 of Maps, Page 26, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2010.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 20, 2010.
db/jdb     +JOSE N. BORGES,   KATHLEEN E. BORGES,   14822 NORTH 62ND AVENUE,   GLENDALE, AZ 85306-3818
cr         +C/O MARK S. BOSCO WELLS FARGO BANK, N.A.,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
            SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2010**                    **Signature:**